**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| A.A.A.A., | : | |
| Petitioner, | : | |
| v. | : | Case No. 4:26-cv-1372-CDL-ALS |
| Warden, STEWART COUNTY DETENTION CENTER, | : | |
| Respondent. | : | |

## ORDER

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on November 3, 2026. (ECF No. 1). Petitioner requested relief in the form of release from custody or, alternatively, to be provided with an individualized custody hearing. (*Id.*). The Court then ordered Respondent to file a return pursuant to 28 U.S.C. § 2243 within seven days. (Doc. 3). Having reviewed Respondent's return (Doc. 4), the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondents shall have twenty-one (21) days to file a comprehensive response to the petition. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 20th day of November, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE